1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED  STATES  DISTRICT  COURT

NORTHERN  DISTRICT  OF  CALIFORNIA

CLIFFORD  A. DILBERT,

            Plaintiff,

        v.

WARDEN R. FISHER,

            Defendant.

Case No. 22-01085 EJD (PR)

**ORDER  OF  TRANSER**

Plaintiff, a state prisoner, filed a <u>pro se</u> civil rights complaint against the Warden at Valley State Prison in Chowchilla, where he is currently incarcerated. Dkt. No. 1 at 1-2. Because defendant resides in and the acts complained of occurred in Madera County, which lies within the venue of the Eastern District of California, <u>see</u> 28 U.S.C. § 84(b), venue properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED  to the United States District Court for the Eastern District of California.  <u>See</u> 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    **IT IS SO ORDERED.**

**Dated:**  February 25, 2022

EDWARD  J.  DAVILA
United States District Judge